No. 02–10163. TOLLIVER v. CAMBRA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10174. CARBINE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 02–10208. COLEMAN v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 02–10222. BADGETT v. HILL, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 02–10237. GALLOWAY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–10278. TRAVAGLIA v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 02–10296. HENDERSON v. BUDGE, WARDEN, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 02–10319. SUAREZ v. UNITED STATES; and
No. 02–10547. SUAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 313 F. 3d 1287.

No. 02–10385. LOUVIERE v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 02–10391. REID v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 02–10395. FIELDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10434. KASEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10455. ATES, AKA BATES v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 02–10457. COOK v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–10459. DAVIS v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.